MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

Lisa L. Bellamy
Gregory Bernstein
Trial Attorneys
U.S. Department of Justice Tax Division
P.O. Box 972
Washington, DC 20044
Telephone: (202) 514-5762

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2017

SEAN F. McAVOY, CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br>JOSE L. ECHEVERRIA,<br>Defendant. | INFORMATION<br>2:17-CR-9-LRS<br>Vio: 26 U.S.C. § 7206(1)<br>Filing a False Income Tax Return |

The United States Attorney charges:

On or about October 15, 2012, in the Eastern District of Washington, JOSE L. ECHEVERRIA, a resident of Chelan Falls, Washington, who during the calendar year 2011 was married, did willfully make and subscribe an IRS Form 1040 U.S. Individual Income Tax Return, which was verified by a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. That IRS Form 1040,

INFORMATION–I

which was prepared and signed in the Eastern District of Washington and was filed with the Internal Revenue Service, falsely reported taxable income in the amount of $26,452 on line 43, whereas, as he then and there knew, he and his wife had additional taxable income of $273,893 on line 43, or elsewhere for calendar year 2011.

All in violation of 26 U.S.C. § 7206(1).

DATED this 10th day of January, 2017.

MICHAEL C. ORMSBY
United States Attorney

*Lisa L. Bellamy*

Lisa L. Bellamy
Trial Attorney
U.S. Department of Justice Tax Division

*Gregory Bernstein /GB*

Gregory Bernstein
Trial Attorney
U.S. Department of Justice Tax Division

INFORMATION–2