# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-CR-0009-LRS-1 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |
| vs. | |
| JOSE L ECHEVERRIA, | |
| Defendant. | **ECF Nos. 17, 18** |

On Monday, February 27, 2017, the Court held a telephonic hearing on Defendant's Motion to Modify Conditions of Release (ECF No. 18). Defendant appeared, with his attorney Robert McCallum. Lisa Bellamy represented the United States.

**IT IS SO ORDERED:**

1. Defendant's Motion to Modify Conditions of Release **(ECF No. 18) is GRANTED.**

2. Defendant's Motion to Expedite Motion to Modify Conditions of Release

ORDER GRANTING THE UNITED STATES' MOTION FOR DETENTION - 1

**(ECF No. 17) is GRANTED.**

3. Defendant's Conditions of Release, as set forth in ECF No. 09, are modified as follows:

ADDITIONAL CONDITIONS OF RELEASE (14) is modified to read as follows:

**(14)** Defendant shall remain in the Eastern District of Washington while the case is pending. Defendant may travel to Zacatecas, Mexico between March 15, 2017 and May 15, 2017 to attend to his harvest after posting the bond noted in Condition No. 16 below. All other travel must be approved by timely motion clearly stating whether opposing counsel and Pretrial Services object to the request, Defendant may be permitted to travel outside this geographical area.

The following **ADDITIONAL CONDITIONS OF RELEASE** shall be added to Defendant's conditions of release.

**(16)** Defendant shall execute a percentage bond in the amount of $250,000 with $25,000 to be paid in cash, in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed. Defendant may apply to have the bond exonerated upon his confirmed return to the United States.

**(17)** Defendant shall contact his Probation Officer, Steve Krous, every Monday between 8:30 am and 4:30 pm PST while out of the district.

**(18)** Defendant's Mexican Passport shall stay in possession of the United States

ORDER GRANTING THE UNITED STATES' MOTION FOR DETENTION - 2

1  Probation Office during the duration of his travel. His United States Passport may

2  be returned to him for the purpose of travel. Defendant shall return his United

3  States passport to the United States Probation Office upon return to the District.

4      DATED February 27, 2017.

5                    *s/Mary K. Dimke*
                      MARY K. DIMKE

6           UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER GRANTING THE UNITED STATES' MOTION FOR DETENTION - 3