1

2

3                UNITED STATES DISTRICT COURT

4                EASTERN DISTRICT OF WASHINGTON

5   UNITED STATES OF AMERICA,              No. 2:17-CR-00009-LRS-1

6                  Plaintiff,              ORDER GRANTING MOTION FOR
                                           DECLARATION OF BOND
7   vs.                                    FORFEITURE AND DEFAULT
                                           JUDGMENT
8    JOSE L. ECHEVERRIA,

9                  Defendant.

10      On July 25, 2017, the court conducted a hearing on the United States' Motion

11  for Declaration of Bond Forfeiture and Default Judgment (ECF No. 33), to which

12  the Defendant had responded in opposition (ECF No 36).  However, Defendant did

13  not appear for the hearing. His retained counsel, Robert McCallum, did appear.

14  Representing the Government was Assistant United States Attorney Lisa Bellamy.

15      **I.      Facts**

16      On February 27, 2017, as a condition of the Defendant's release pending

17  sentencing, the Defendant posted a $25,000 deposit on a $250,000 percentage bond

18  to ensure, among other things, that the Defendant would "appear for court

19  proceedings," "surrender to serve a sentence that the court may impose," and

20

ORDER - 1

1    "comply with all conditions set forth in the Order Setting Conditions of Release."

2    (ECF No. 27).  The bond notified the Defendant that:

3        This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the
4        bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement.  At the request of the
5        United States, the court may order a judgment of forfeiture against the defendant…for the entire amount of the bond, including interest and costs.
6    *Id.*

7        Defendant is in breach of his bond conditions by failing to appear for court on

8    July 25, 2017 and failing to comply with the conditions of pretrial release.

9    Specifically, the Defendant violated Condition No. 14 by failing to return from

10    Mexico to the United States and Condition No. 17 by failing to contact U.S.

11    Probation, as directed, on May 15, 2017.  Though he initially maintained regular

12    contact with U.S. Probation, since May 15, 2017 the Defendant has had no contact

13    with U.S. Probation. An arrest warrant was issued on May 17, 2017.

14        Defense counsel has represented that the Defendant chose to remain in

15    Mexico to tend to drought conditions on his agave and lime farm.  *See* ECF Nos. 35,

16    36.  At the hearing, defense counsel informed the court that he has lost all contact

17    with his client in the past month.  Counsel has tried calling and sent emails with no

18    response.  Defendant has willfully violated the restrictions imposed as a condition

19    of his bond.

20    ///

ORDER - 2

## II.    Legal Standard

Rule 46 of the Federal Rules of Criminal Procedure provides that "[t]he court must declare the bail forfeited if a condition of the bond is breached." Fed. R. Crim. P. 46(f)(1). "Therefore, forfeiture is mandatory." *U.S. v. Nguyen*, 279 F.3d 1112, 115 (9th Cir. 2002); *U.S. v. Abernathy*, 757 F.2d 1012, 1015 (9th Cir. 1985). While the purpose of Rule 46 is to ensure the appearance of the defendant, forfeiture is appropriate where the defendant has willfully violated any of the conditions of his pretrial release. *United States v. Vaccaro*, 51 F.3d 189, 193 (9th Cir. 1995).

## III.    Findings and Order

Defendant has willfully disappeared from his pretrial supervision to tend to his farm in Mexico and failed to appear for court.   Defendant has breached the conditions of his bond. Defendant has presented no legitimate defense against the forfeiture of his bail bond.   Accordingly, pursuant to Fed.R.Crim.P. 46 the court hereby ORDERS:

1. United States' Motion for Declaration of Bond Forfeiture and Default Judgment (**ECF No. 33**) is **GRANTED**.

2. Pursuant to Fed.R.Crim.P. 46(f)(1), the court declares the Defendant's $250,000 bond , ECF No. 27,-- $25,000 secured by cash and the remainder unsecured -- **FORFEITED** in whole.

ORDER - 3

1

2

3. **DEFAULT JUDGMENT** is hereby rendered in favor of the United States

3    of America, in the amount of TWO HUNDRED AND FIFTY

    THOUSAND dollars (**$250,000**) plus interest against Defendant.

4

5    The District Court Executive is directed to enter this order and to provide

copies to counsel and the court's Financial Administrator.

6

    DATED this 26th day of July 2017.

7

8                            *s/Lonny R. Suko*

9                            LONNY R. SUKO
                    SENIOR UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

ORDER - 4