AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 11, 2022**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America<br>v.<br>JOSE L ECHEVERRIA.<br><br>*Defendant* | Case No.  2:17-CR-00009-LRS-1 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     JOSE L ECHEVERRIA.

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☑ Order of the Court

This offense is briefly described as follows:

See Petition/Order filed 5/17/2017.

Date: May 17, 2017, 1:07 pm

*Issuing officer's signature*

City and state:  Yakima, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/21/22, and the person was arrested on *(date)* 2/10/22
at *(city and state)* Mexico City, Mexico.

Date: 2/11/22

*Arresting officer's signature*

Andrew Creese DUSM
*Printed name and title*